**IN RE YOCUM**

[357 N.C. 568 (2003)]

IN THE MATTER OF: NICOLE HOPE YOCUM, A JUVENILE

No. 313A03

(Filed 7 November 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. ——, 580 S.E.2d 399 (2003), affirming an order terminating parental rights entered 17 October 2001 by Judge Charles Brown in District Court, Rowan County. Heard in the Supreme Court 14 October 2003.

*Charles W. Porter for petitioner-appellee Brenda Lee Yocum.*

*Sofie W. Hosford for respondent-appellant Adam Jermaine Austin.*

PER CURIAM.

AFFIRMED.